UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICO NEWMAN | CIVIL ACTION |
| VERSUS | NO. 26-1953 |
| FRANKLIN PARISH DETENTION CENTER | SECTION "L"(1) |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Newman's federal civil rights claims against Franklin Parish Detention Center are **DISMISSED WITHOUT PREJUDICE** for lack of venue.

**IT IS FURTHER ORDERED** that Newman's federal civil rights claims as outlined in his complaint for events that occurred while he was housed at Rayburn Correctional Center are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of October, 2026.

Eldon E. Fallon

**UNITED STATES DISTRICT JUDGE**